IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DIMPLE ELIZABETH GRIFFIN,
Mother & Guardian, o/b/o J.H.,
a minor                                                                   PLAINTIFF

VS.                                    CIVIL ACTION NO.  1:20cv39-LG-FKB

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                   DEFENDANT

## REPORT AND RECOMMENDATION

This cause is before the undersigned *sua sponte* for recommendation of dismissal for failure to prosecute. Defendant filed an answer and the administrative record on April 24, 2020. Pursuant to this court's order of April 28, 2020 [11], Plaintiff's memorandum was due 30 days thereafter, *i.e.,* on May 24, 2020. Plaintiff failed to meet the deadline. On August 10, 2020, Plaintiff contacted the Court and stated that she had never received the order. Her address was updated on the docket sheet, and a copy of the order was mailed to her at the corrected address. However, Plaintiff never filed her memorandum and never sought an extension for doing so.

On September 21, 2020, the undersigned entered a show cause order [12] directing that Plaintiff show cause, in writing, on or before October 19, 2020, as to why her case should not be dismissed. A copy of the order was mailed to Plaintiff. She has failed to respond to the show cause order.

Accordingly, the undersigned recommends that this action be dismissed for failure to prosecute.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court.  28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 13th day of November, 2020.

                                              s/ F. Keith Ball
                                              United States Magistrate Judge